UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Hutchinson Technology Incorporated, a Minnesota corporation,

Plaintiff,

v.

Magnecomp Group, an unincorporated association, Magnecomp International Limited, a Singapore corporation; Indest Corporation, a California corporation; Magnecomp Corporation, a California corporation; Magnecomp (Thailand) Limited, a Thailand corporation; Magnecomp Holdings Far East Limited, a British Virgin Islands corporation, Magnecomp Technology Limited, a Hong Kong corporation; and Fuchimag Technology Limited, a Hong Kong corporation,

Defendants.

Civil No. 00-2156 (MJD/SRN)

---

Magnecomp Corporation, a California corporation,

Plaintiff,

v.

Hutchinson Technology Incorporated, a Minnesota corporation; and Kenneth Johnston, an individual doing business as Computer Connection,

Defendants.

Civil No. 01-01 (MJD/SRN)

---

ORDER GRANTING CONSOLIDATION PURSUANT TO RULE 42(A) AND FOR SCHEDULING OF A CASE MANAGEMENT CONFERENCE PURSUANT TO LOCAL RULES 16.2 AND 16.4

FILED FEB 05 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

The above-entitled action came for hearing on February 1, 2001, before the undersigned Magistrate Judge of the District Court upon the motion of Hutchinson Technology Incorporated to consolidate pursuant to Rule 42(a) and for scheduling of a case management conference pursuant to Local Rules 16.2 and 16.4. The appearances were noted on the record.

The Court, having heard the arguments of counsel, having reviewed the memoranda and affidavits submitted by the parties, having considered all of the files, records and proceedings in this action, and being otherwise fully advised,

**IT IS HEREBY ORDERED:**

1. The motion to consolidate pursuant to Rule 42(a) and for scheduling of case management conference pursuant to Local Rules 16.2 and 16.4 is granted.

2. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, Hutchinson Technology Inc. v. Magnecomp Group et al., Civil No. 00-2156 MJD/SRN and Magnecomp Corp. v. Hutchinson Technology Inc., Civil No. 01-01 MJD/SRN, shall be consolidated for pretrial purposes.

3. A separate Notice of Pretrial Conference will be issued scheduling a Rule 16 conference to be conducted on March 6, 2001, at 9:30 a.m.

Dated: February 5, 2001.

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge