UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Hutchinson Technology Incorporated, a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>Magnecomp Group, an unincorporated association; Magnecomp International Limited, a Singapore corporation; Indest Corporation, a California corporation; Magnecomp Corporation, a California corporation; Magnecomp (Thailand) Limited, a Thailand corporation; Magnecomp Holdings Far East Limited, a British Virgin Islands corporation; Magnecomp Technology Limited, a Hong Kong corporation; and Fuchimag Technology Limited, a Hong Kong corporation,<br><br>Defendants. | Civil No. 00CV-2156 MJD/SRN |
| Magnecomp Corporation, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>Hutchinson Technology Incorporated, a Minnesota corporation,<br><br>Defendant. | Civil No. 01-CV-1 MJD/SRN |

**ORDER**

FILED JUN 18 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

The above-entitled consolidated actions came before the undersigned United States Magistrate Judge on May 30, 2001, via a telephone conference. The parties sought to clarify the required scope of Magnecomp's response to Interrogatory No. 4. Based on the foregoing, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

Plaintiff in No. 01-cv-01, Magnecomp, shall supplement its response to Interrogatory No. 4 of Defendant HTI's Amended First Set of Merits Interrogatories (Non-Patent Claims), dated March 8, 2001, by service of a written answer that, with reference to the list of specific HTI products contained in the "definition" section of Magnecomp's May 16, 2001, interrogatories to HTI:

> (a) identifies the HTI products about which Magnecomp currently possesses specific information (customers, products, prices, and costs) supporting predatory pricing claims, and for each product identified sets forth that information and a summary of any other facts in Magnecomp's possession that it believes form the basis for its claims of predatory pricing; and
>
> (b) where Magnecomp lacks such specific information (customers, products, prices, and costs) as to a listed product, states that its lacks specific information.

The supplemental answer to Interrogatory No. 4 shall be served on HTI on or before **July 6, 2001**.

Dated: June 18, 2001

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge