420523

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**OFFICE OF THE CLERK**
514 U.S. COURTHOUSE
110 SOUTH 4TH STREET
MINNEAPOLIS, MN 55401

FRANCIS E. DOSAL, CLERK
(612) 348-1821
FTS: 777-1821

Case Number: 00 CV 2156/MJD/SRN

## PETITION FOR ADMISSION PRO HAC VICE

**Affidavit of Movant**

I, JAY W. SCHLOSSER, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this court admit pro hac vice PHOEBE P. LIU, an attorney admitted to practice in the Central District of California, but not admitted to the bar of this court, who will be counsel for the ( ) plaintiff ( X ) defendant MAGNECOMP CORPORATION in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of these cases, and that I accept service of all papers served.

Date: 8/1/01

Signature

Minnesota Atty. License # 204353

Law Firm: BRIGGS AND MORGAN
Suite/Bldg: 2400 IDS CENTER
Street Address: 80 SOUTH 8TH STREET
City State Zip: MINNEAPOLIS, MN 55402
Telephone: 612-334-8400

**Affidavit of Proposed Admittee**

I, PHOEBE P. LIU, am currently a member in good standing of the U. S. District Court for the Central District of California, but not admitted to the bar of this court. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must accept service of all papers served.

Case Number: 00 CV 2156/MJD/SRN Judge Assigned: Honorable Michael J. Davis
Case Title: Hutchinson Technology Inc. v. Magnecomp Corporation, et al

| (Date) | Phoebe P. Liu (Type/Print Name) | (Signature) |
|---|---|---|
| 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 (Social Security No.) | #210829 (Atty. License No.) | 12/5/00 (Date of Admission) |

Law Firm: Howrey, Simon, Arnold & White
Suite/Bldg: 1000
Street Address: 2020 Main Street
City State Zip: Irvine, CA 92614
Telephone: (949) 759-3977

Motion Granted: ______________________ AUG 02 2001
For the Court, Francis E. Dosal, Clerk Date

**Note: The original of this form and the Pro Hac Vice admission fee of $25.00 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above entitled action.**

FILED AUG 02 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

1312173v1