UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.: 00-2156 (MJD/SRN)

HUTCHINSON TECH,

Plaintiff,

v. ORDER

MAGNECOMP,

Defendant.

---

The Court has been advised by the parties that the above entitled action has been settled. Therefore,

IT IS ORDERED THAT, in the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: 11-27-01

Michael J. Davis

MICHAEL J. DAVIS
United States District Court Judge

NOV 27 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK