**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Hutchinson Technology Incorporated, a Minnesota corporation,

Plaintiff,

vs.

Magnecomp International Limited, a Singapore corporation; Magnecomp Corporation, a California corporation; Magnecomp (Thailand) Limited, a Thailand corporation; Magnecomp Technology Limited, a Hong Kong corporation; and Fuchimag Technology Limited, a Hong Kong corporation,

Defendants.

**Civil No. 00-CV-2156 MJD/SRN**

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

The parties having stipulated and agreed to dismiss this action pursuant to their settlement agreement of November 30, 2001,

IT IS HEREBY ORDERED:

This action, including all claims and counterclaims, is dismissed with prejudice, each party to bear its own costs.

Dated: 12 . 10, 2001

Michael J. Davis

MICHAEL J. DAVIS
United States District Court Judge

DEC 11 ...
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Submitted by:

Dated: December 3, 2001

FAEGRE & BENSON LLP

Kenneth A. Liebman, #236731
David J.F. Gross, #208772
Randall Kahnke, #202745
Nicholas G. Leonard, #295450
Brian W. Hayes, #294585
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

**Attorneys for Plaintiff**

Dated: December 5, 2001

HOWREY, SIMON, ARNOLD & WHITE, LLP

William C. Rooklidge (pro hac vice)
Karen A. Gibbs (pro hac vice)
Russell B. Hill (pro hac vice)
Gregory S. Cordrey (pro hac vice)
Frank P. Coté (pro hac vice)
2020 Main Street, Suite 1000
Irvine, CA 92614-8200
(949) 759-3904

Jeffrey L. Keyes, #55505
Jay Schlosser, #204353
Briggs and Morgan, P.A.
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8572

**Attorneys for Defendants**

M2:20428405.01